# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL WOOD, | : |
| Plaintiff, | : Case No. 2:24-cv-165 |
| v. | : Chief Judge Algenon L. Marbley |
| ANNETTE CHAMBERS SMITH, *et al.*, | : Magistrate Judge Caroline H. Gentry |
| Defendants. | : |

## ORDER

On January 30, 2024, Plaintiff filed a Motion for Preliminary Injunction asking this Court to "issue a preliminary injunction to prevent officials at LoCI from perpetrating additional retaliation, harassment, abuse and transferring me to another institution while the case is pending." (ECF No. 3). On August 15, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's Motion for a Preliminary Injunction because Plaintiff had neither shown a likelihood of success on the merits, nor a likelihood of irreparable harm. (ECF No. 11). Plaintiff was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id.*).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 11) and **DENIES** Plaintiff's Motion for Preliminary Injunction (ECF No. 3). The Magistrate Judge's initial screen of Plaintiff's Amended Complaint (ECF No. 10) will continue.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** September 4, 2024